HMK/jb FS 7933

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.,

        Plaintiff,                      07 CIV 8607 (RMB)(JCF)
                                                     ECF CASE

   -against-

M/V OCEANTHI, her engines, boilers, tackle,       **RULE 7.1 STATEMENT**
etc., SPECIAL MARITIME ENTERPRISE (ENE),
JD POLEMIS SHIPPING CORP., HYUNDAI
MERCHANT MARINE CO., LTD.,

        Defendants.
------------------------------------------------------------X

       PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK

WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT

CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: October 1, 2007

                                                 KINGSLEY, KINGSLEY & CALKINS
                                                 Attorneys for Plaintiff


                                                 BY:___/S/_____
                                                   HAROLD M. KINGSLEY
                                                   91 W. Cherry Street
                                                   Hicksville, New York 11801
                                                   (516) 931-0064