

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC.,

                Plaintiff,

-V-

M/V OCEANTHI, her engines, boilers, tackle, etc., SPECIAL MARITIME ENTERPRISE (ENE), JD POLEMIS, SHIPPING CORP,., HYUNDAI MERCHANT MARINE CO., LTD.,

                Defendants.

**CERTIFICATE OF MAILING**

07 CV 8607 (RMB)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**15th day of October, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**4th day of October, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 895 562 US

*J. Michael McMahon*
CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

October 10, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ., INC., v. M/V OCEANTHI *et al*

3

s and Complaint on the following
o Federal Rules of Civil Procedure Rule

\NT MARINE CO. LTD.
NG, JONGNO-GU
OREA

Very truly yours,

[signature]

HMK/jb
Encl.

---

**Registered Mail Receipt:**

- Registered No.: RB632895457US
- Reg. Fee: $10.15
- Handling Charge: $0.00
- Return Receipt: $2.15
- Postage: $1.80
- Restricted Delivery: $0.00
- Date Stamp: 0004 08 10/15/07
- Customer Must Declare Full Value: $0.00
- Without Postal Insurance

FROM:
KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
OUr Ref.: FS 7933

TO:
HYUNDAI MERCHANT MARINE CO., LTD
66 JEOKSEON-DONG, JONGNO_GU
SEOUS 110-052, KOREA

PS Form 3806, June 2002, Receipt for Registered Mail
Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com®