

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC.,

                Plaintiff,

-V-

M/V OCEANTHI, her engines, boilers, tackle, etc., SPECIAL MARITIME ENTERPRISE (ENE), JD POLEMIS, SHIPPING CORP,., HYUNDAI MERCHANT MARINE CO., LTD.,

                Defendants.

**CERTIFICATE OF MAILING**

07 CV 8607 (RMB)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**15th day of October, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**4th day of October, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 895 457 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

## Kingsley, Kingsley & Calkins

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

October 10, 2007

., INC., v. M/V OCEANTHI *et al*

3

s and Complaint on the following
o Federal Rules of Civil Procedure Rule

MARITIME

IPPING CORP
Street
:ce

Thank you.

Very truly yours,

HMK/jb
Encl.