```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MAN FERROSTAAL, INC.,

                        Plaintiffs,      07 CV 8607 (RMB) (JCF)

        - against -
                                         RULE 7.1 STATEMENT
M/V OCEANTHI, her engines,
boilers, tackle, etc., SPECIAL
MARITIME ENTERPRISE (ENE), JD
POLEMIS SHIPPING CORP.,HYUNDAI
MERCHANT MARINE CO. LTD.,

                        Defendants.
------------------------------------X
```

Attorney of record, GARTH S. WOLFSON, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendants SPECIAL MARITIME ENTERPRISE (ENE) and JD POLEMIS SHIPPING CORP. certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of SPECIAL MARITIME ENTERPRISE (ENE) and JD POLEMIS SHIPPING CORP.

Dated:  New York, N.Y.
        October 26, 2007

_____
GARTH S. WOLFSON (GW 7700)