UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MAN FERROSTAAL, INC.,

                         Plaintiffs,    07 CV 8607 (RMB) (JCF)

      - against -

M/V OCEANTHI, her engines,         CLAIM OF OWNER AND
boilers, tackle, etc., SPECIAL     STATEMENT OF INTEREST IN
MARITIME ENTERPRISE (ENE), JD       VESSEL PURSUANT TO
POLEMIS SHIPPING CORP.,HYUNDAI     SUPPLEMENTAL ADMIRALTY
MERCHANT MARINE CO. LTD.,          RULE C(6)

                         Defendants.
------------------------------------X

    And Now appears OCEANTHI SPECIAL MARITIME ENTERPRISE for itself as owner of the M/V OCEANTHI, her engines, boilers, tackle, *etc.*, as the same were sought to be arrested at the instance of MAN FERROSTAAL, INC., the plaintiff, and the claimant states that it was at the time of the filing of the Verified Complaint herein, and still is, the true and *bona fide* sole owner of the vessel and that no other person is the owner thereof.

    WHEREFORE it prays to defend accordingly.

Dated:    New York, New York
           November 1, 2007

                                  MAHONEY & KEANE, LLP
                                  Attorneys for Defendants
                                  OCEANTHI SPECIAL MARITIME ENTERPRISE
                                  s/h/a SPECIAL MARITIME ENTERPRISE and
                                  JD POLEMIS SHIPPING CORP.

                         By: _____
                                  Garth S. Wolfson (GW 7700)
                                  111 Broadway, Tenth Floor
                                  New York, New York 10006
                                  (212) 385-1422