HMK/mhb FS 7933

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.,

                                Plaintiff,

        -against-

M/V OCEANTHI, her engines, boilers, tackle,
etc., SPECIAL MARITIME ENTERPRISE (ENE),
JD POLEMIS SHIPPING CORP., HYUNDAI
MERCHANT MARINE CO., LTD.,

                                Defendants.
------------------------------------------------------------X

07 CV 8607 (RMB)

**NOTICE OF INTENT TO INCREASE DAMAGES**

      PLEASE TAKE NOTICE that upon the trial of this case, plaintiff will move the Court to increase its demand for damages to $50,000.00, plus interest and costs.

Dated: November 2, 2007

                                Yours, etc.

                                KINGSLEY, KINGSLEY & CALKINS
                                Attorneys for Plaintiff

                                BY: _____
                                HAROLD M. KINGSLEY
                                91 W. Cherry Street
                                Hicksville, New York 11801
                                (516) 931-0064

TO: Mahoney & Keane, Esqs.
     111 Broadway, Tenth Floor
     New York, NY 10006
     Attn: Garth S. Wolfson, Esq.