UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAN Ferrostaal, Inc
          Plaintiff(s),

   - v -

M/V OCEANTHI, etc., et al.

          Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

07 CV. 8607 (RMB)

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by   Jan. 4, 2008

(ii)   Amend the pleadings by   Jan. 4, 2008

(iii)  All discovery to be **expeditiously** completed by   March 28, 2008

(iv)  Consent to Proceed before Magistrate Judge   (to be determined)

(v)   Status of settlement discussions   Pending Conference with principals on 4/7/08 @ 11:00AM

Sections vi through xi will be set at conference with the Court.

(vi)  Motions

(vii)  Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix)  Final Pre-Trial Conference

(x)   Trial

(xi)  Other

SO ORDERED: New York, New York
11/29/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/2007

RMB

Hon. Richard M. Berman, U.S.D.J.