```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MAN FERROSTAAL, INC.,

                    Plaintiffs,        07 CV 8607 (RMB) (JCF)

       - against -
                                       RULE 7.1 STATEMENT
M/V OCEANTHI, her engines,
boilers, tackle, etc., SPECIAL
MARITIME ENTERPRISE (ENE), JD
POLEMIS SHIPPING CORP., HYUNDAI
MERCHANT MARINE CO. LTD.,

                    Defendants.
------------------------------------X
```

Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, attorneys of record for defendant HYUNDAI MERCHANT MARINE CO. LTD. certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of HYUNDAI MERCHANT MARINE CO. LTD.

Dated: New York, N.Y.
       December 11, 2007

_____
EDWARD A. KEANE (EK 1398)