Edward A. Keane*
Cornelius A. Mahoney·
Christopher H. Mansuy··◊
Garth S. Wolfson·

Jorge A. Rodriguez·†

Of Counsel
Stephen J. Murray·

*Also admitted in NJ
·Also admitted in CT
◊ Also admitted in PA

**MAHONEY & KEANE, LLP**
*Attorneys at Law*
*11 Hanover Square - 10th Floor*
*New York, New York 10005*
*Telephone (212) 385-1422*
*Facsimile (212) 385-1605*
*lawoffices@mahoneykeane.com*

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203)222-0252

May 27, 2008

**MEMO ENDORSED**
p2

**BY HAND**

Hon. Richard M. Berman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007

       Re: USDC/SDNY 07 CIV 8607 (RMB)
          Man Ferrostaal, Inc. v.
          M/V OCEANTHI, et al.
          Our File 17/3486/B/07/10

Honorable Sir:

  We represent defendants OCEANTHI SPECIAL MARITIME ENTERPRISE s/h/a SPECIAL MARITIME ENTERPRISE and JD POLEMIS SHIPPING CORP and we write with concurrence of plaintiff's counsel to request an adjournment of the Pretrial Conference scheduled for Thursday, May 29, 2008. The parties are scheduled to appear before Magistrate Judge Francis for a settlement conference on June 9, 2008 and it is believed that settlement conference will obviate the need for this Thursday's conference before the Court. If settlement is reached, obviously, the case will be concluded. If not, Magistrate Francis has advised that he will address further discovery.

  For those reasons we respectfully request that the Conference scheduled for May 29, 2008 be adjourned.

           Respectfully submitted,

           MAHONEY & KEANE, LLP

           By: _____
            Edward A. Keane

EAK/mtc

**MAHONEY and KEANE**

cc: VIA FAX (516) 931-4313

    KINGSLEY KINGSLEY & CALKINS
    91 West Cherry Street
    Hicksville, NY 11801

> Conference adjourned to 6/26/08 @ 9:15 A.M.
>
> SO ORDERED:
> Date: 5/28/08
> Richard M. Berman, U.S.D.J.