UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MAN FERROSTAAL, INC., :
:
                    Plaintiff : 07 Civ. 8607 (RMB) (JCF)
:
       - against - :
: **ORDER OF DISCONTINUANCE**
M/V OCEANTHI, et al., :
:
                  Defendants. :
------------------------------------------------------------x

       Based upon the parties' letter, dated June 25, 2008, indicating that the parties have reached a settlement agreement, it is hereby

       **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued, and the conference scheduled for June 26, 2008 is adjourned.


**SO ORDERED.**

Dated: New York, New York
       June 25, 2008

                                                            /s/ RMB
                                                **Richard M. Berman, U.S.D.J.**