HMK/mhb FS 7933

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAN FERROSTAAL, INC.,

                Plaintiff,

-against-

M/V OCEANTHI, her engines, boilers, tackle, etc., SPECIAL MARITIME ENTERPRISE (ENE),

JD POLEMIS SHIPPING CORP., HYUNDAI MERCHANT MARINE CO., LTD.,

                Defendants.
-------------------------------------------------------------X

07 CV 8607 (RMB)
ECF CASE

**NOTICE OF MOTION FOR RECONSIDERATION OR REARGUMENT OF ORDER OF DISCONTINUANCE**

PLEASE TAKE NOTICE, that pursuant to Local Civil Rule 6.3, plaintiff will move this Court before Honorable Richard M. Berman, United States District Judge, for reconsideration or reargument of the Order of Discontinuance dated and entered June 25, 2008, on the grounds that the Court overlooked the fact that the case should still be pending until the settlement amount agreed upon is paid over to plaintiff and plaintiff releases defendants, which has not yet occurred; and overlooked the law that deprives the Court of jurisdiction over the settlement by issuance of an involuntary dismissal under Rule 41(b), F.R.Civ.P.

Dated: June 30, 2008

                KINGSLEY, KINGSLEY & CALKINS
                Attorneys for Plaintiff

                BY: _____

STEVEN P. CALKINS
91 W. Cherry Street
Hicksville, New York 11801
(516) 931-0064

TO: MAHONEY & KEANE, ESQS.
    Attorneys for Defendants
    76 Beaver St., 10th Fl.
    New York, NY 10005
    (212) 385-1422