MAHONEY & KEANE, LLP
*Attorneys at Law*
*11 Hanover Square - 10th Floor*
*New York, New York 10005*
*Telephone (212) 385-1422*
*Facsimile (212) 385-1605*
*lawoffices@mahoneykeane.com*

Edward A. Keane*
Cornelius A. Mahoney*
Christopher H. Mansuy*
Garth S. Wolfson*

Jorge A. Rodriguez*

Of Counsel
Stephen J. Murray

*Also admitted in NJ
Also admitted in CT
Also admitted in PA

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203)222-0252


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/08

July 8, 2008




**BY HAND**

Hon. Richard M. Berman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007


Parties are expected to work this out without need for motion practice. Conference on 8/20/08 @ 9:00 A.M. Motion [#18] denied without prejudice.
SO ORDERED:
Date: 7/14/08
Richard M. Berman, U.S.D.J.

MEMO ENDORSED

Re: **Case No. 07 Civ. 8607 (RMB)**
Man Ferrostaal, Inc. v.
M/V OCEANTHI, *et al*.
Our File No.: 17/3486/B/07/10

Honorable Sir:

We represent defendants OCEANTHI SPECIAL MARITIME ENTERPRISE s/h/a SPECIAL MARITIME ENTERPRISE and JD POLEMIS SHIPPING CORP. We note that plaintiff has filed a motion to vacate the Court's order of dismissal, since it was not conditioned upon the parties' right to reopen proceedings should the settlement not be consummated, and we write just to advise the Court that we do not intend to file any opposing papers.

We received plaintiff's release on July 3, 2008 and we have requested the settlement funds, so we anticipate no impediment to concluding matters in accordance with the settlement agreement reached before Magistrate Judge Francis.

We thank the Court for its consideration.

Respectfully submitted,

MAHONEY & KEANE, LLP

By: ______________________
Edward A. Keane

cc (via fax):

KINGSLEY, KINGSLEY & CALKINS
91 West Cherry Street
Hicksville, New York 11801
Fax: (516) 931-4313